# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130846 & (55)

BARBARA MAE ALBER,
          Plaintiff-Appellee,

v

CRAIG ALLEN ALBER,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130846
COA: 257624
Mecosta CC: 01-014893-DO

On order of the Court, the application for leave to appeal the February 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for costs and attorney fees is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

p0821